# In The United States Court of Federal Claims

No. 10-156L

(Filed: May 7, 2010)

_____

MCCLURG FAMILY FARM, LLC, et al,

      Plaintiffs,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

      On March 12, 2010, plaintiffs filed their complaint in this case. On April 26, 2010, plaintiffs filed a motion for class certification. On May 6, 2010, defendant filed an unopposed motion to stay briefing on plaintiffs' motion for class certification until after the filing of the joint preliminary status report. Defendant's motion is hereby **GRANTED**, and briefing on plaintiffs' motion is stayed until further order.

      **IT IS SO ORDERED.**

      s/ Francis M. Allegra
      Francis M. Allegra
      Judge