# In The United States Court of Federal Claims

No. 10-156L

(Filed: July 27, 2010)

_____

MCCLURG FAMILY FARM, LLC, et al,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 20, 2010, a preliminary status conference was held in this case.  Participating in the conference were Thomas Stewart, for plaintiff, and Frank Singer, for defendant.  On July 16, 2010, the parties filed a joint stipulation regarding class certification.  Today, the court certified the class and approved the class notice for distribution.  Pursuant to the parties' stipulation and discussions during the preliminary status conference, the court adopts the parties' proposed schedule regarding providing notice to the class.  In terms of deadlines relevant to the court, the court orders the following:

    (1)    On or before August 23, 2010, plaintiffs shall mail the class notice and opt-in notice form to each potential class member;

    (2)    On or before August 23, 2010, plaintiffs shall file a second amended complaint naming as plaintiffs in this action additional property owners who engaged Class Counsel before the notice was distributed;

    (3)    On or before August 27, 2010, plaintiffs shall file an affidavit certifying that the class notice mailing has been made;

    (4)    In order to be included in the class, each potential class member must return the opt-in notice form on or before December 10, 2010;

(5)   On or before December 23, 2010, plaintiffs shall file a list of class members that have responded to the court's notice and that timely opted-in to this class action; and

(6)   On or before January 7, 2011, the parties shall file a joint status report with a proposed discovery schedule.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge