# In The United States Court of Federal Claims

No. 10-156T

(Filed: January 10, 2011)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On January 7, 2011, the parties filed a joint status report with a proposed discovery schedule. Having reviewed that report, the court adopts the parties' proposals as follows:

1. On or before January 18, 2011, plaintiff shall serve the class index and claims book;

2. On or before April 20, 2011, defendant shall file its objections to the class index and claims book, and requests for additional discovery; and

3. On or before May 18, 2011, the parties shall file a joint status report regarding the status of the class index and claims book exchanges, and any agreed upon stipulations.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge