# In The United States Court of Federal Claims

No. 10-156T

(Filed: April 8, 2011)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 8, 2011, the defendant filed an unopposed motion to extend time to file objections to plaintiff's class index claim and claim book. The motion is hereby **GRANTED**. Accordingly, the court adopts the following schedule:

1. On or before May 11, 2011, defendant shall file its objections to the class index and claims book, and requests for additional discovery; and

2. On or before June 8, 2011, the parties shall file a joint status report regarding the status of the class index and claims book exchanges, and any agreed upon stipulations.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge