# In The United States Court of Federal Claims

No. 10-156T

(Filed: July 18, 2011)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 12, 2011, defendant filed a motion for extension. This motion is **GRANTED,** in part, and **DENIED,** in part. On or before, September 1, 2011, defendant shall file its response to plaintiff's motion for partial summary judgment. **No further extensions of these deadlines will be granted.**

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra  
                                    Francis M. Allegra  
                                    Judge