# In The United States Court of Federal Claims

No. 10-156T

(Filed: January 27, 2012)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Oral argument on the parties' partial cross motions for summary judgment will be held in this case on Wednesday, March 28, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge