# In The United States Court of Federal Claims

No. 10-156T

(Filed: March 8, 2012)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    A telephonic status conference to discuss plaintiffs' motion to compel will be held in this case on Friday, March 16, 2012, at 12:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge