# In The United States Court of Federal Claims

No. 10-156T

(Filed: March 20, 2012)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 16, 2012, a telephonic status conference was held in this case. Participating in the conference were Frank Singer, for plaintiffs, and Thomas Stewart, for defendant. Consistent with discussions during the conference, the court hereby orders the following:

1. Oral argument on plaintiffs' motion for partial summary judgment, currently scheduled for March 28, 2012, is hereby canceled; and

2. On or before May 31, 2012, defendant shall file a notice with the court indicating any objections with respect to the parcels that are not covered by plaintiffs' existing motion for partial summary judgment.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra_____
                                                        Francis M. Allegra
                                                        Judge