# In The United States Court of Federal Claims

No. 10-156T

(Filed: June 8, 2012)

_____

MCCLURG FAMILY FARM LLC, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

### ORDER
_____

    On May 31, 2012, defendant filed a notice of its objections as to the unbriefed parcels in this case. The notice proposed that plaintiffs should file their revised class index and a supplement to their pending motion for summary judgment. On or before June 22, 2012, plaintiffs shall file a status report indicating whether they are in agreement with this plan, and, if not, proposing an alternative course of action.

    **IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra  
                                                            Francis M. Allegra  
                                                            Judge