# In The United States Court of Federal Claims

No. 10-156T

(Filed: June 21, 2012)

_____

MCCLURG FAMILY FARM LLC, et al,

           Plaintiffs,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      On May 31, 2012, defendant filed a notice of its objections as to the unbriefed parcels in this case, proposing therewith a course of action for supplementing the briefing on the parties' cross-motions for summary judgment. On June 19, 2012, plaintiffs filed a status report proposing an alternative course of action. Based on its review of these documents, the court hereby orders the following:

1. On or before August 13, 2012, the parties shall have a meeting of counsel, at which they will endeavor to resolve all outstanding objections and further identify issues on which there is no dispute;

2. On or before August 20, 2012, the parties shall file a joint status report indicating the results of their meeting of counsel;

3. On or before September 13, 2012, plaintiffs shall file their supplemental proposed findings of fact and a supplement to their pending motion for summary judgment covering all previously unbriefed parcels that remain in dispute;

4. On or before October 12, 2012, defendant shall file its response to plaintiffs' supplement and its cross-motion for summary judgment regarding the aforementioned parcels;

5. On or before November 12, 2012, plaintiffs shall file their reply in support of their supplement and their response to defendant's cross-motion; and

6. On or before December 7, 2012, defendant shall file its reply in support of its cross-motion.

   **IT IS SO ORDERED**.

                                       s/ Francis M. Allegra  
                                       Francis M. Allegra  
                                       Judge