# In The United States Court of Federal Claims

No.  10-156T

(Filed:  March 7, 2013)
_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Oral argument on the parties' partial cross motions for summary judgment will be held in this case on Thursday, May 23, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                s/ Francis M. Allegra
                Francis M. Allegra
                Judge