# In The United States Court of Federal Claims

No. 10-156T

(Filed: May 21, 2013)

_____

MCCLURG FAMILY FARM LLC, et al,

                Plaintiffs,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     Based upon the stipulation filed by the parties on May 20, 2013, the court deems oral argument on the parties' partial cross-motions for summary judgment unnecessary. Accordingly, the argument previously scheduled for Thursday, May 23, 2013, at 10:00 a.m. (EDT) is hereby **CANCELLED**. The court will issue an additional order indicating how this case will proceed.

     **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra  
                                                     Francis M. Allegra  
                                                     Judge